[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-15953
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 11, 2011
JOHN LEY
CLERK

D.C. Docket No. 8:10-cr-00303-SDM-MAP-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JULIO MEZA-SANCHEZ

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 11, 2011)

Before BARKETT, MARTIN and KRAVITCH, Circuit Judges

PER CURIAM:

Ryan Thomas Truskoski, appointed counsel for Julio Meza-Sanchez in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Meza-Sanchez's convictions and sentences are **AFFIRMED**. However, because of several scrivener's errors on the criminal judgment, we **REMAND** solely for the purpose of correcting the judgment to reflect Meza-Sanchez's conviction and sentence under 46 U.S.C. §§ 70503(a)(1), 70506(a) & (b), and 21 U.S.C. § 960(b)(1)(B)(ii), not 46 U.S.C. §§ 708506(a), 70605(b) and 18 U.S.C. §§ 960(b)(1)(B)(ii).